# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL N. ROBINSON, | NO. CV 11-7027 FMO |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the court's Case Management Order, filed on April 9, 2012 ("Court's Order of April 9, 2012"), plaintiff's Motion for Summary Judgment ("Motion") was due on May 30, 2012. It appears from the record that plaintiff's Motion has not been filed as required by the Court's Order of April 9, 2012.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **June 25, 2012**, plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to prosecute this action and/or to comply with the Court's Order of April 9, 2012. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.[1] In particular, plaintiff's declaration must address why the Motion for Summary**

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

**Judgment has not been filed, even though it was due more than ten days ago. Failure timely to file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute and/or to comply with a court order.**

**Filing of the Motion for Summary Judgment shall be a satisfactory response to the Order to Show Cause. However, absent exceptional circumstances, no extensions will be granted for the filing of the Motion for Summary Judgment**.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge