# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL N. ROBINSON, | NO. CV 11-7027 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 2nd day of July, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge